1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

7

8

9

| | |
|---|---|
| STEVEN McKNIGHT, an individual, | **NO.  07-05031-KLS** |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | **OF DISMISSAL** |
| CITY OF OLYMPIA, a municipal corporation; CITY OF OLYMPIA POLICE DEPARTMENT; KORY PEARCE and JANE DOE PEARCE and the marital community thereof; AMY KING and JOHN DOE KING and the marital community thereof; PAUL BAKALA and JANE DOE BAKALA and the marital community thereof, | |
| Defendants. | |

10

11

12

13

14

15

16

        IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and

17   defendants, acting by and through their respective attorneys of record, that the above-

18   entitled action may be dismissed with prejudice and without attorneys' fees and costs

19   to any party, this matter having been fully resolved between the parties.

20

21

22

_____                    _____/s/_____
        Date                            Donald L. Law, WSBA No. 6122
                                        Attorney for Defendants

23

24

25

_____                    _____/s/_____
        Date                            John E. Turner, WSBA No.  14824
                                        Attorney for Plaintiff

26

**STIPULATION AND ORDER OF DISMISSAL**
**U.S.D.C. No.  07-05031-KLS - 1**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1

2

## ORDER

3
      THIS MATTER having come before the Court on the foregoing stipulation, it is

hereby

4

5
      ORDERED that the above-entitled action be dismissed with prejudice and

without attorneys' fees and costs to any party.

6
      DATED this 18th day of January, 2008.

7

8

9

10
Karen L. Strombom
United States Magistrate Judge

11

12

13

**Presented by:**

14

LAW, LYMAN, DANIEL,
15
KAMERRER & BOGDANOVICH, P.S.

16

17

_____/s/_____
18
Donald L. Law, WSBA No. 6122
Attorney for Defendants
19

20
**Approved for entry:**

21

22
_____/s/_____
23
John E. Turner, WSBA No. 14824
Attorney for Plaintiff
24

25

26

**STIPULATION AND ORDER OF DISMISSAL**
**U.S.D.C. No.  07-05031-KLS - 2**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*